# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REBECCA CARTEE-HARING, | : | |
| Plaintiff, | : | No. 20-cv-01995-MMB |
| v. | : | |
| CENTRAL BUCKS SCHOOL DISTRICT, | : | |
| Defendant. | : | |
| | | |
| DAWN MARINELLO on behalf of herself and similarly situated female employees | : | |
| Plaintiff, | : | No. 21-cv-02587-MMB |
| v. | : | |
| CENTRAL BUCKS SCHOOL DISTRICT, | : | |
| Defendant. | : | |

## AMENDED SCHEDULING ORDER

**AND NOW**, this 14th day of December 2021, the following deadlines will apply in both of the above-captioned cases:

1. Deadline for motions for class certification and/or collective action: January 31, 2022.

2. Discovery deadline: August 31, 2022.

3. Exchange of expert reports pursuant to Rule 26(a)(2).

    Plaintiffs: June 15, 2022.

    Defendant: July 15, 2022.

4. Deadline for dispositive motions: September 15, 2022.

5. Pretrial Memoranda filed and served pursuant to Local Rule 16.1(c), and service of a copy of trial exhibits:

Plaintiff: October 1, 2021.

Defendant: October 15, 2021.

6.    Date for trial or entry into trial pool: November 1, 2022.

The parties shall follow Judge Baylson's pretrial and trial procedures.

**BY THE COURT:**

/s/ MICHAEL M. BAYLSON

**MICHAEL M. BAYLSON, U.S.D.J.**