# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REBECCA CARTEE-HARING, | : | No. 2:20-cv-01995-MMB |
| v. | : | |
| CENTRAL BUCKS SCHOOL DISTRICT | : | |

| | | |
|---|---|---|
| DAWN MARINELLO, individually and on behalf of similarly situated female employees | : | No. 2:21-cv-02587-MMB |
| Plaintiff, | : | |
| v. | : | |
| CENTRAL BUCKS SCHOOL DISTRICT | : | |

## **ORDER**

**AND NOW**, this _____th day of August, 2022, this Court hereby vacates all deadlines in the Amended Scheduling Order that was issued on or about December 14, 2021.

The Court also orders all Parties to submit a proposed Second Amended Scheduling Order within 14 days of this Order. Such proposal should address the timing for notification of potential collective action plaintiffs, as well as all additional case deadlines. The Parties are urged to submit a joint proposal. However, in the event that the parties are unable to reach agreement on the proposal, each party shall submit its own proposal.

IT IS SO ORDERED.

**BY THE COURT:**

**MICHAEL M. BAYLSON, U.S.D.J.**