**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **REBECCA CARTEE-HARING**<br><br>**v.**<br><br>**CENTRAL BUCKS SCHOOL DISTRICT** | **CIVIL ACTION**<br><br>**NO. 20-1995** |
| **DAWN MARINELLO,**<br>*individually and on behalf of similarly*<br>*situated female employees,*<br><br>**v.**<br><br>**CENTRAL BUCKS SCHOOL DISTRICT** | **CIVIL ACTION**<br><br>**NO. 21-2587** |

## SUPPLEMENTAL MEMORANDUM AND ORDER

**Baylson, J.**                                                              **June 6, 2024**

The memorandum I filed yesterday on my relationship with Cozen O'Connor needs to be supplemented because I omitted mentioning the fact that Stephen Cozen had invited a number of his law school classmates, including myself, to attend a Phillies game on May 17, 2024, as his guest. I, and several other classmates as well as several employees of the Cozen firm, sat in a box to watch the game from a box seat. While there, I also enjoyed one beer and a sandwich. I had accepted this free ticket because of my policy in normal course not to hear cases in which the Cozen firm was appearing for any party. However, now that Stephen Cozen and another lawyer in his firm have entered an appearance in this case, I am disclosing this fact for whatever further steps either counsel or parties in this case wish to assert on the issue of recusal.

**BY THE COURT:**

**/s/ Michael M. Baylson**

_____
**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 20\20-1995 Cartee-Haring v Central Bucks Sch\20cv1995 and 21cv2587 supplemental memorandum.docx