IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA CARTEE-HARING, | No. 2:20-cv-01995-MMB |
| v. | |
| CENTRAL BUCKS SCHOOL DISTRICT | |
| | |
| DAWN MARINELLO, individually and on behalf of similarly situated female employees<br>Plaintiff,<br>v. | No. 2:21-cv-02587-MMB |
| CENTRAL BUCKS SCHOOL DISTRICT | |

**PLAINTIFFS' OFFER OF PROOF
<u>IDENTIFYING MALE COMPARATOR TO TESTIFY AT TRIAL</u>**

Plaintiffs, through their attorney, respectfully submit this offer of proof identifying one male comparator to testify at trial.

Plaintiffs will proffer the testimony of Keith Sinn at trial. Mr. Sinn has been employed by Central Bucks School District as a teacher from 1992 through the present. Over the course of his thirty-two (32) year tenure as a teacher in the District, Mr. Sinn has also served as a representative of the other teachers in the District in official capacities with the Central Bucks Employee Association ("CBEA"), the local union that represents Central Bucks teachers in collective bargaining with the District, as a Building Representative, High School Representative At-Large, Contract Negotiating Committee Member, and President. Those teachers include all teachers in the District including classroom teachers, nurses, school psychologists, guidance counselors, speech pathologists and librarians, elementary, middle school and high school teachers.

Mr. Sinn's testimony will confirm that all men and women teachers in the District – including classroom teachers, nurses, school psychologists, guidance counselors, speech pathologists and librarians – all perform substantially equal work compared with one another and are, therefore, comparators of one another.  That is irrespective of certification or subject matter taught and whether a teacher works at the elementary, middle or high school level.  Mr. Sinn will also confirm that this has been the case throughout his 32 years of employment with the District.

Evidence of the District's discriminatory treatment of the female teachers in this lawsuit relative to male comparators is set forth in the Summary Exhibit that the Court has previously ruled admissible and that the parties have been finalizing under the auspices of the Special Master appointed by the Court.

        Respectfully submitted,

        /s/ Edward S. Mazurek
        Edward S. Mazurek (PA I.D. No. 50278)
        THE MAZUREK LAW FIRM, LLC
        25201 Cornerstone Drive
        Yardley, PA 19067
        267.243.3393
        emazurek@mazureklawfirm.com

        Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

     I certify that the foregoing filing was serve on counsel for Defendant pursuant to the Court's ECF system.

July 16, 2024                                        /s/ Edward S. Mazurek