IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REBECCA CARTEE-HARING**<br><br>v.<br><br>**CENTRAL BUCKS SCHOOL DISTRICT,** *Defendant*. | **CIVIL ACTION NO. 20-1995** |
| **DAWN MARINELLO,** *on behalf of herself and similarly situated plaintiffs*, *Plaintiff*,<br><br>v.<br><br>**CENTRAL BUCKS SCHOOL DISTRICT,** *Defendant*. | **CIVIL ACTION NO. 21-2587** |

### ORDER ON POST-TRIAL MOTIONS AND AMENDED CIVIL JUDGMENT

**AND NOW**, this 15th day of July, 2025, following a jury trial in these two consolidated cases and upon consideration of the parties' post-trial Motions (Case No. 21-2587, ECF 469–70, 472; Case No. 20-1995, ECF 435–36, 438), responses thereto (Case No. 21-2587, ECF 476–78; Case No. 20-1995, ECF 442–44), and replies (Case No. 21-2587, ECF 480–81; Case No. 20-1995, ECF 446–47), it is hereby **ORDERED** as follows:

1.  Plaintiffs' Motion Pursuant to Fed. R. Civ. P. 50 for Judgment as a Matter of Law and/or Fed. R. Civ. P. 59 to Amend or Modify Judgment (Case No. 21-2587, ECF 469; Case No. 20-1995, ECF 435) is **GRANTED IN PART** and **DENIED IN PART**. Plaintiffs' Motion for liquidated damages is **GRANTED**. An additional equal amount of the damages, 29 U.S.C. § 216(b), will be awarded as liquidated damages. All other requested relief in Plaintiff's Post-Trial Motion at ECF 469 is **DENIED**.

2. Defendant's Motion for Judgment Notwithstanding the Verdict or, in the Alternative, for a New Trial (Case No. 21-2587, ECF 470; Case No. 20-1995, ECF 436) is **DENIED**.

3. Defendant's Motion to Mold the Verdict and Judgment (Case No. 21-2587, ECF 472; Case No. 20-1995, ECF 438) is **GRANTED**. In accordance with the Affidavit of Dr. Charles Malone, attached to Defendant's Motions at ECF 472-1,[1] the jury's award of backpay for Plaintiff Rebecca Cartee-Haring for the 2017-2018 school year is adjusted from $16,000 to $3,774.36, and the jury's award of backpay for Plaintiff Dawn Marinello for the 2018-2019 school year is adjusted from $8,000 to $451.29. The total award of backpay for Plaintiff Rebecca Cartee-Haring is therefore $68,774.36 and for Plaintiff Dawn Marinello is $76,451.29.[2]

4. The Court will separately address Plaintiffs' Petition and Supplemental Petition for Attorney's Fees and Costs at ECF 471, 483.

It is further **ORDERED** that **JUDGMENT IS AMENDED** as follows:

**JUDGMENT IS ENTERED** against Defendant Central Bucks School District and in favor of both Plaintiffs, Rebecca Cartee-Haring and Dawn Marinello, in the amount of One Hundred Thirty-Seven Thousand Five Hundred and Forty-Eight Dollars and Seventy-Two Cents ($137,548.72) as to Plaintiff Rebecca Cartee-Haring and in the amount of One Hundred Fifty-Two Thousand Nine Hundred and Two Dollars and Fifty-Eight Cents ($152,902.58) as to Plaintiff Dawn Marinello.

---

[1] Plaintiffs did not rebut Dr. Malone's calculations.

[2] These amounts are then doubled to provide for liquidated damages, as reflected in the amended judgment.

BY THE COURT:

/s/ Michael M. Baylson

---

**MICHAEL M. BAYLSON**
**United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\Alex.2024\Marinello & Cartee-Haring, 20-1995 - 21-2587\Draft Opinions-Orders\20cv1995 and 21cv2567 Order re Post-Trial Motions and Amended Judgment.docx