IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REBECCA CARTEE-HARING** <br><br> v. <br><br> **CENTRAL BUCKS SCHOOL DISTRICT,** *Defendant*. | **CIVIL ACTION NO. 20-1995** |
| **DAWN MARINELLO,** *on behalf of herself and similarly situated plaintiffs*, *Plaintiff*, <br><br> v. <br><br> **CENTRAL BUCKS SCHOOL DISTRICT,** *Defendant*. | **CIVIL ACTION NO. 21-2587** |

### ORDER ON MOTION FOR ATTORNEYS' FEES AND COSTS

**AND NOW**, this 21st day of July, 2025, upon consideration of Plaintiffs' Motion for Attorney Fees and Costs (Case No. 21-2587, ECF 471; Case No. 20-1995, ECF 437) and exhibits thereto, Defendant's response (Case No. 21-2587, ECF 475; Case No. 20-1995, ECF 441), Plaintiffs' Reply (Case No. 21-2587, ECF 482; Case No. 20-1995, ECF 448), and Plaintiffs' Supplemental Motion for Attorney Fees (Case No. 21-2587, ECF 483; Case No. 20-1995, ECF 449), it is hereby **ORDERED** that Plaintiffs' Motion for Attorney Fees and Costs (Case No. 21-2587, ECF 471; Case No. 20-1995, ECF 437) and Plaintiffs' Supplemental Motion for Attorney Fees (Case No. 21-2587, ECF 483; Case No. 20-1995, ECF 449) are both **GRANTED IN PART** and **DENIED IN PART**.

Considering both Motions, and as fully set forth in the foregoing memorandum, the Court awards Plaintiffs a total of $516,415.26 in fees and a total of $119,863.62 in costs.

BY THE COURT:

/s/ Michael M. Baylson

---

**MICHAEL M. BAYLSON**
**United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 20\20-1995 Cartee-Haring v Central Bucks Sch\20cv1995 and 21cv2567 Order on Mot. Fees and Costs.docx